NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

O2 MICRO INTERNATIONAL LTD. AND O2 MICRO INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

MICROSEMI CORPORATION,
*Intervenor.*

---

2010-1482

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-666.

---

ON MOTION

---

ORDER

Upon consideration of the motion to withdraw Margaret MacDonald and Duane Mathiowetz as counsel for O2 Micro International Ltd. and O2 Micro Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 0 5 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Henry C. Bunsow, Esq.
  Daniel E. Valencia, Esq.
  Mark W. Yocca, Esq.
  Margaret MacDonald, Esq.
  Duane Mathiowetz, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2011

JAN HORBALY
CLERK